UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| JEROME DAVIS, | ) | |
| | ) | CASE NO. C06-4042DEO |
| Plaintiff. | ) | |
| | ) | |
| vs. | ) | *JUDGMENT* |
| | ) | |
| PATRICK INGRAM, ESQ., | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED THAT

Plaintiff take nothing and this action is dismissed.

DATED:   September 7, 2006

<u>Pridgen J Watkins - Clerk</u>

BY: s/KFS
Deputy Clerk